IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    No. 4:14-cv-663-DPM

44936 PITTVILLE ROAD,
MCARTHUR, CALIFORNIA,
Real Property and Residence                                 DEFENDANT

JUDGMENT

This case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 May 2015